# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| NOELLE BRYAN, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00071-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 22, 2018 Memorandum of Decision and Order.

May 22, 2018

Frank G. Johns, Clerk
United States District Court